FILED

SEP 2 7 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER LYNNE CLARK<br>a/k/a Jennifer Gill | Criminal No. 18-250<br><br>**[UNDER SEAL]** |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Adam N. Hallowell, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant JENNIFER LYNNE CLARK a/k/a Jennifer Gill, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violations of 18 U.S.C. §§ 1343 and 1028A(a)(1).

Recommended bond: $20,000 unsecured.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: Adam N. Hallowell

ADAM N. HALLOWELL
Assistant U.S. Attorney
IL ID No. 6312978